RUSS AUGUST & KABAT
LARRY C. RUSS (SBN 82760)
NATHAN D. MEYER (SBN 239850)
JUSTIN E. MAIO (SBN 304428)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FAUCETS, INC., a California Corporation<br><br>PLAINTIFF(S)<br>v.<br><br>INFINITY DRAIN, LTD, a New York Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>16-cv-2023<br><br>SUMMONS |

TO: DEFENDANT(S): INFINITY DRAIN, LTD, a New York Corporation

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __LARRY C. RUSS_____, whose address is __Russ, August & Kabat, 12424 Wilshire Blvd., 12th Floor, Los Angeles, California 90025__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____    By: _____
                                       Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*